UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 15-42944-659 |
| STACEY ANN TIEMANN ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| **Debtor** ) | June 11, 2015  11:00 am |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The plan does not provide sufficient funds to pay all creditors entitled to full payment, including fair market value of secured claims and priority debts.  11 U.S.C. §§ 1322(a)(2) & 1325(a)(5)(B)(ii)
2. The set monthly payments to be made by the Trustee exceed the plan payment.
3. The plan is ambiguous or incapable of ascertainment (11 U.S.C. §§ 1321 & 1325(a)(3)) because:
   IT IS UNCLEAR WHETHER PARAGRAPH 10 INSTRUCTS TRUSTEE NOT TO PAY REFERENCED DEBT.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

| | |
|---|---|
| Dated: June 15, 2015 | /s/ Kathy Wright |
| | Kathy Wright MO31047 |
| OBJCONFAF--KLW | Attorney for Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

The undersigned hereby certifies that he served the above notice on this day of June 15, 2015, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

/s/ Kathy Wright

STACEY ANN TIEMANN
414 LANTANA LANE
ST PETERS, MO  63376

ROC LAW/RANDALL OETTLE CO PC
12964 TESSON FERRY
STE B
ST LOUIS, MO  63128