UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 15-42944-659 |
| STACEY ANN TIEMANN ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| **Debtor** ) | June 11, 2015  11:00 am |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF 2ND AMENDED PLAN**

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The plan does not provide sufficient funds to pay all creditors entitled to full payment, including fair market value of secured claims and priority debts.  11 U.S.C. §§ 1322(a)(2) & 1325(a)(5)(B)(ii)
2. The set monthly payments to be made by the Trustee exceed the plan payment.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: July 31, 2015

OBJCONFAF--KLW

/s/ Kathy Wright
Kathy Wright MO31047
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

The undersigned hereby certifies that he served the above notice on this day of July 31, 2015, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

/s/ Kathy Wright

STACEY ANN TIEMANN
414 LANTANA LANE
ST PETERS, MO  63376

ROC LAW/RANDALL OETTLE CO PC
12964 TESSON FERRY
STE B
ST LOUIS, MO  63128