UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| Stacey Tiemann, | ) Case No. 15-42944-659 |
| | ) |
| | ) Chapter 13 -  Doc.  37 |
| | ) |
| | ) Objection to Claim #9 |
| Debtor. | ) |

### CERTIFICATION

The undersigned certified that he served all parties in accordance with the applicable Bankruptcy Rules, and that 21 days have passed since service of Debtor's Objection to Claim No. 9 of United Consumer Financial Services.

Dated: January 26, 2016                           Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　___/s/ Randall T. Oettle_____
　　　　　　　　　　　　　　　　　　　　　　Randall T. Oettle, MoBar #46820
　　　　　　　　　　　　　　　　　　　　　　R.O.C. Law
　　　　　　　　　　　　　　　　　　　　　　Randall Oettle Company, P.C.
　　　　　　　　　　　　　　　　　　　　　　12964 Tesson Ferry, Suite B
　　　　　　　　　　　　　　　　　　　　　　St. Louis, MO  63128
　　　　　　　　　　　　　　　　　　　　　　(314) 843-0220 Telephone
　　　　　　　　　　　　　　　　　　　　　　(314) 843-0048 Facsimile
　　　　　　　　　　　　　　　　　　　　　　ROettle@ROCLaw


### ORDER

No Objections or exceptions having been filed, or, if filed, having been overruled; now therefore,

IT IS ORDERED that the Debtor's Objection to Claim No. 9 of United Consumer Financial Services, be sustained and the Claim be allowed, but order paid, if at all, as an unsecured debt, pursuant to any applicable confirmed Plan of the Debtor.

　　　　　　　　　　　　　　　　　　　　　　_Kathy A. Surratt-States_____
　　　　　　　　　　　　　　　　　　　　　　KATHY A. SURRATT-STATES
　　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

DATED:  January 28, 2016
St. Louis, Missouri
rjb

Copies Mailed to:

Stacey Ann Tiemann
414 Lantana Lane
St. Peters, MO 63376

Randall T. Oettle
R.O.C. Law, Randall Oettle Company, P.C.
12964 Tesson Ferry
Suite B
St. Louis, MO 63128

Untied Consumer Financial Services
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite #200
Tucson, AZ 85712

*Trustee*
John V. LaBarge, Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100

*U.S. Trustee*
Office of U.S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, MO 63102
(314) 539-2976

ALL PARTIES LISTED ON THE MATRIX